IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DLJ Mortgage Capital, Inc,<br><br>        Plaintiff,<br><br>              v.<br><br>Soto-Rodriguez *et al.*,<br>        Defendants. | CIVIL NO:15-2586<br><br>RE:      Collection of Money and<br>         Mortgage Foreclosure) |

**ORDER**

Upon motion filed by plaintiff, this Court hereby authorizes **Lime Residential, Ltd.**, to appear as the plaintiff in the present case, substituting DLJ Mortgage Capital, Inc.

San Juan, Puerto Rico this 6th day of July of 2016.

                              s/ Jay A. Garcia-Gregory
                              JAY A GARCIA GREGORY
                              **UNITED STATES DISTRICT JUDGE**